IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-CV-01487-BNB**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG 0 1 2006

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ROY EDWARD SCHWASINGER,

   Plaintiff, named as Petitioner,

v.

DAN JOSLIN, Warden,

   Defendant, named as Respondent.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY AND TO SHOW CAUSE

---

Plaintiff Roy Edward Schwasinger, named as Petitioner, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Seagoville, Texas. He alleges that he is incarcerated pursuant to his conviction in *United States v. 825-827 Riverside Drive, Fort Collins, Colorado*, No. 93-mj-01308-BDP (D. Colo. Sept. 6, 1995), *aff'd*, No. 95-1434 (May 15, 1996). He has submitted an application for a writ of habeas corpus.

The Court has reviewed the application and finds that Mr. Schwasinger is not asserting habeas corpus claims. "The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). Mr. Schwasinger is not attacking his conviction and sentence.

Rather, he apparently asks Respondent Warden Dan Joslin to supply him with copies of documents destroyed at a records center that are pertinent to case number 87cv00494 in the United States District Court for the District of Nebraska, and he asks for the production of all records involving his current incarceration pursuant to No. 93-mj-01308-BDP.

The Court has determined that the application is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the Court will be directed to commence a civil action. Mr. Schwasinger will be directed to cure the following if he wishes to pursue his claims. Any papers which Mr. Schwasinger files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  xx   is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other _____

**Complaint, Petition or Application:**
(10) ___  is not submitted
(11) xx   is not on proper form (must use the court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.

(17) \_\_   names in caption do not match names in text
(18) \_\_   other _____

The Court notes that on June 17, 1996, the Honorable Zita L. Weinshienk, now a senior district judge, entered an order informing Mr. Schwasinger that the Court will not accept any further pleadings in No. 93-mj-01308-BDP, which was dismissed with prejudice on September 6, 1995. The docketing records of this Court also indicate that any property pertinent to No. 93-mj-01308-BDP has been returned. This Court previously dismissed an action in which Mr. Schwasinger complained about this Court's failure to expunge No. 93-mj-01308-BDP from its docketing records as an attempt to circumvent the sanction order in No. 93-mj-01308-BDP. **See Schwasinger v. Hahn**, No. 01-cv-00528-ZLW (D. Colo. May 11, 2001). Therefore, Mr. Schwasinger is directed to show cause why the request for the production of all records involving his current incarceration pursuant to No. 93-mj-01308-BDP should not be dismissed as an another attempt to circumvent the sanction order in No. 93-mj-01308-BDP. Accordingly, it is

ORDERED that the clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Mr. Schwasinger cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which Mr. Schwasinger files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Schwasinger, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that Mr. Schwasinger show cause in writing **within thirty**

**(30) days from the date of this order** why the request for the production of all records involving his current incarceration pursuant to *United States v. 825-827 Riverside Drive, Fort Collins, Colorado*, No. 93-mj-01308-BDP, should not be dismissed as another an attempt to circumvent the sanction order in No. 93-mj-01308-BDP. It is

FURTHER ORDERED that the response to the show cause order shall be titled "Response to Order to Show Cause" and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that, if Mr. Schwasinger fails to cure the designated deficiencies or to show cause to the Court's satisfaction **within thirty (30) days from the date of this order**, the habeas corpus application will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 28th day of July, 2006.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

06 - CV - 01487 BNB

Civil Action No.

Roy Schwasinger
Reg. No. 24734-013
FCI - Seagonville
2113 N. Hwy. 175
Seagonville, TX 75159-9000

   I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 8/1/06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk